UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NELSON BIDO

    v.                                        CA 13-239 ML

A.T. WALL, Director of
Rhode Island Department of Corrections

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on June 12, 2013. Petitioner has not filed any objection. The Court notes that Petitioner was granted an extension of time for the filing of his objection, however, he has not filed by the deadline set by the Court. Accordingly, this matter is ready for decision.

The Court has reviewed the Report and Recommendation and the procedural history of Petitioner's claims. The Court agrees with the Magistrate Judge's conclusion that this petition ought to be, and it is hereby, DISMISSED for the reasons set forth in the Report and Recommendation.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
July 15, 2013